**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**At Nashville**

| | | |
|---|---|---|
| **MARTIN KELLER,** | § | |
| | § | **Case No. 3:26-cv-00471** |
| **Plaintiff,** | § | |
| | § | **Judge Eli Richardson** |
| **v.** | § | **Magistrate Judge Jeffery Frensley** |
| | § | |
| **ECP SOLUTIONS, LLC,** | § | |
| | § | **JURY DEMAND** |
| **Defendant.** | § | |
| | § | |

---

## MOTION TO EXTEND TIME
## TO SERVE DEFENDANT

---

Comes now Plaintiff, by and through counsel, and moves this Honorable Court to extend the 90-day deadline for service set out in Rule 4(m) of the Federal Rules of Civil Procedure. As applied in this matter, the deadline to serve Defendant is July 8, 2026. For cause, Plaintiff states service was attempted by the United States Postal Service (USPS) Certified Mail to Defendant's address shown in the Indiana Secretary of State's records on April 22, 2026. The USPS returned same after some delay as "Attempted Not Known." After additional research, Plaintiff attempted another mailing on July 2, 2026 to a different address for Defendant's Registered Agent. This mailing is still in route. Accordingly, Plaintiff hereby requests an additional 60 days to effect service on the Defendant.

Dated: July 7, 2026          Respectfully submitted,

/s/ Susan S. Lafferty
Susan S. Lafferty (BPR #025961)
1321 Murfreesboro Pike, Suite 521
Nashville, Tennessee 37217
Mail: P.O. Box 292977
Nashville, Tennessee 37229
(615) 878-1926 phone
(615) 472-7852 fax