**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**At Nashville**

| | | |
|---|---|---|
| **MARTIN KELLER,** | § | |
| | § | **Case No. 3:26-cv-00471** |
| **Plaintiff,** | § | |
| | § | **Judge Eli Richardson** |
| **v.** | § | **Magistrate Judge Jeffery Frensley** |
| | § | |
| **ECP SOLUTIONS, LLC,** | § | |
| | § | **JURY DEMAND** |
| **Defendant.** | § | |
| | § | |

---

# MOTION FOR ADDITIONAL EXTENSION OF TIME TO SERVE DEFENDANT AND RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE

---

Comes now Plaintiff, by and through counsel, and moves this Honorable Court to further extend the 90-day deadline for service set out in Rule 4(m) of the Federal Rules of Civil Procedure. As applied in this matter, the deadline to serve Defendant was July 8, 2026. For cause, Plaintiff states service has now been attempted multiple times without success as set out below.

Plaintiff first attempted service by the United States Postal Service (USPS) Certified Mail to Defendant's address shown in the Indiana Secretary of State's records on April 22, 2026. The USPS returned same after some delay as "Attempted Not Known." After additional research, Plaintiff attempted another mailing on July 2, 2026 to a different address for Defendant's Registered Agent. On August 13, 2026, this mailing was also returned. Subsequently, on August 19, 2026, Plaintiff hired a process server who attempted to serve Defendant's Registered Agent. The process server was unable to complete service and learned that Defendant's Registered Agent is no longer at the address listed for same in the Indiana Secretary of State's records. By failing to appropriately update the address for both the Defendant and its

registered agent with the Indiana Secretary of State, Defendant is in effect evading service. To date, Defendant has not been served. Accordingly, Plaintiff hereby requests an additional 60 days to effect service on the Defendant.

Because Defendant has not been served despite multiple good faith attempts to do so, Plaintiff hereby requests the Initial Case Management Conference scheduled for September 17, 2026 at 8:00 a.m. be rescheduled.

Dated: September 14, 2026

Respectfully submitted,

/s/ Susan S. Lafferty

Susan S. Lafferty (BPR #025961)
1321 Murfreesboro Pike, Suite 521
Nashville, Tennessee 37217
Mail: P.O. Box 292977
Nashville, Tennessee 37229
(615) 878-1926 phone
(615) 472-7852 fax